1  PETER M. WILLIAMSON, State Bar No. 97309
   WILLIAMSON LAW FIRM
2  20750 Ventura Blvd., Suite 345
   Woodland Hills, CA 91364
3  Tel: (818) 226-5700/ Fax: (818) 226-5704

4  Attorneys for Plaintiff
   AMY DURAN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY DURAN, | CASE No.: 1:13-CV-00370-AWI-BAM |
| Plaintiff, | |
| vs. | STIPULATION & ORDER CONTINUING SCHEDULING CONFERENCE DATE |
| CITY OF PORTERVILLE, PORTERVILLE POLICE DEPARTMENT, PORTERVILLE POLICE OFFICER M. GRAY, SERIAL NO. 191, PORTERVILLE POLICE OFFICER BRUCE SOKOLOFF, and DOES 1 through 10, inclusive, | |
| Defendants. | |

TO THE HONORABLE COURT:

　　IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that:

　　1.　The current date for the Case Management Conference of June 19, 2013 be continued to July 24, 2013 at 9:00.

　　2.　All counsel will appear telephonically and that plaintiff's counsel will initiate the conference call to the Magistrate Judge's chambers.

/ /

Good cause exists for the continuance of the above-date based on the fact that plaintiff's counsel is a sole practitioner who will unavailable to attend the CMC on June 19, 2013 due to the fact that he will be engaged in trial for 5-7 days commencing on June 17, 2013 in Department "B" of the Los Angeles Superior Court – Burbank.

DATED: June 10, 2013             Respectfully submitted,

                                 WILLIAMSON LAW FIRM


                                 BY:   /s/ Peter M. Williamson
                                       PETER M. WILLIAMSON
                                       Attorneys for Plaintiff
                                       AMY DURAN


DATED: June 10, 2013             NELSON & ROZIER


                                 BY:   /s/ Ryan T. Nelson
                                       RYAN T. NELSON
                                       Attorneys for Defendants
                                       CITY OF PORTERVILLE,
                                       PORTERVILLE POLICE DEPARTMENT,
                                       POLICE OFFICER M. GRAY and
                                       POLICE OFFICER BRUCE SOKOLOFF

**ORDER**

Having reviewed the parties Stipulation, IT IS HEREBY ORDERED that the Scheduling Conference is continued from June 19, 2013 to July 24, 2013 at 9:00 AM in Courtroom 8 before Judge McAuliffe. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov. The parties may appear telephonically at the conference by arranging a one-line conference prior to calling chambers at 559-499-5789.

IT IS SO ORDERED.

   Dated:   June 14, 2013              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE