IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY DURAN, | CASE NO. 1: 13-cv-370 AWI-BAM |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| vs. | |
| CITY OF PORTERVILLE., *et al.*, | |
| Defendants. | |
| _____ / | |

On July 24, 2013, the Court held an Initial Scheduling Conference in this case. Counsel Peter Williamson appeared by telephone on behalf of Plaintiff Amy Duran. Counsel Ryan Nelson appeared by telephone on behalf of Defendants City of Porterville, *et al.* At the hearing, the parties discussed the status of the case. In light of Peter Williamson's intention to withdraw from the case, IT IS HEREBY ORDERED as follows:

1. Plaintiff's Counsel shall file his Motion to Withdraw no later than August 30, 2013;
2. Defendants shall file their opposition or statement of non-opposition no later than September 10, 2013;
3. Plaintiff's Counsel shall file his reply papers, if any, no later than September 13, 2013;
4. A hearing on the Motion to Withdraw is **SET** before the Honorable Judge Barbara A. McAuliffe on **September 20, 2013 at 9:00 am** in Courtroom 8 at the U.S. District Court,

1

1          2500 Tulare Street, Fresno, California, 93721;

2    5.   Plaintiff's Counsel must appear at the hearing in person.  Defendants' Counsel may
3         appear by telephone by calling the Court at (559) 499-5789;

4    6.   Should Plaintiff's Counsel file a Request for Substitution of Attorney, the hearing will
5         be vacated;

6    7.   Plaintiff's Counsel is directed to serve a copy of this Order on Plaintiff at her last known
7         address.

8    IT IS SO ORDERED.

9    Dated:   **July 24, 2013**          **/s/ Barbara A. McAuliffe**
                                  UNITED STATES MAGISTRATE JUDGE