UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY DURAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF PORTERVILLE, *et al.,*<br><br>        Defendants.<br>_____/ | Case No. 1: 13-cv-00370-AWI-BAM<br><br>ORDER SETTING STATUS CONFERENCE<br><br>**PLAINTIFF'S APPEARANCE REQUIRED**<br><br>**Date: November 5, 2013**<br>**Time: 9:00 a.m.**<br>**Dept.: 8 (BAM)** |

On September 20, 2013, the Court conducted a hearing on the Williamson Law Firm's Motion to Withdraw as attorney of record in this case. At the hearing, Counsel stated his intention to retire from the practice of law. Based on these representations, the Court permitted Plaintiff's Counsel to withdraw from this case. Plaintiff is hereby advised that she no longer has an attorney to represent her in this case. While Plaintiff may choose to continue to represent herself, the Court strongly recommends that she obtain a new attorney to handle this litigation on her behalf.

Accordingly, the Court sets a status conference in this matter for **Tuesday, November 5, 2013 at 9:00 a.m.** in Department 8 of this Court (BAM). Plaintiff Amy Duran is directed to appear at the conference in person. At the conference, Plaintiff Amy Duran shall be prepared to discuss whether she has hired new counsel, or in the alternative, whether she will proceed in pro per in this matter. The Court intends to select a date for a scheduling conference and Plaintiff must be prepared to proceed in

1

this case, either with or without counsel.

     Plaintiff is advised that failure to appear at the status conference in person may result in dismissal of this action under Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

   Dated:   **September 23, 2013**          /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE