UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY DURAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF PORTERVILLE, *et al.*,<br><br>　　　　Defendants.<br>_____/ | Case No. 1: 13-cv-00370-AWI-BAM<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>**PLAINTIFF'S APPEARANCE REQUIRED**<br><br>**Date: December 18, 2013**<br>**Time: 1:00 p.m.**<br>**Dept.: 8 (BAM)** |

　　　On September 24, 2013, the Court granted Plaintiff's former Counsel's motion to withdraw. (Doc. 17.) That same day, the Court set a status conference to inquire if Plaintiff would seek new representation or proceed in pro per. (Doc. 18.) Currently before the Court is Plaintiff's Motion to continue the status conference currently set for November 5, 2013. (Doc. 19.) Plaintiff requests additional time to obtain new representation.

　　　Plaintiff's Motion is GRANTED. The Court CONTINUES the Status Conference currently set for November 5, 2013 to **December 18, 2013, at 1:00 p.m.,** in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe. At the status conference, plaintiff must be ready to proceed with the case. No further continuances will be granted absent good cause.

/././

1

**Plaintiff's attendance at the Status Conference is required.  Plaintiff's failure to attend the status conference may result in dismissal of her complaint.**

IT IS SO ORDERED.

Dated:   **October 31, 2013**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE