UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY DURAN,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF PORTERVILLE, *et al.*,<br><br>       Defendants.<br>_____ / | Case No. 1: 13-cv-00370-AWI-BAM<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>**Date: February 11, 2014**<br>**Time: 9:00 a.m.**<br>**Dept.: 8 (BAM)** |

On September 24, 2013, the Court granted Plaintiff's former Counsel's motion to withdraw. (Doc. 17.) Since the withdrawal of Plaintiff's former counsel, Plaintiff has sought new representation.

On December 18, 2013, the Court held a Status Conference to determine if Plaintiff has obtained new counsel. Plaintiff appeared personally in pro per. Counsel Ryan Nelson appeared telephonically on behalf of Defendants. At the December 18, 2013 hearing, Plaintiff represented she was in discussions with at least one attorney to represent her in this matter, and requested additional time to obtain representation. Defendants did not oppose this request.

Having considered the arguments presented at the December 18, 2014 hearing, the Court sets an additional Status Conference for **February 11, 2014, at 9:00 a.m.**, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe. At the status conference, Plaintiff must be ready to

1

proceed with the case, including selecting dates for discovery and trial.  No further continuances will be granted absent good cause.

The parties may appear by phone. Defendants' counsel shall make arrangements for a conference call with the AT&T operator (if counsel does not have conference call capabilities on their telephone systems), and shall initiate the call at the above-designated time.  <u>After all parties are on the line</u>, the call should then be placed to Judge McAuliffe's chambers at (559) 499-5789.

IT IS SO ORDERED.

Dated:   **December 23, 2013**              /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE