UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY DURAN,<br><br>            Plaintiff,<br><br>       v.<br><br>CITY OF PORTERVILLE; PORTERVILLE POLICE DEPARTMENT; OFFICER M. GRAY; OFFICER BRUCE SOKOLOFF; DOES 1-19,<br><br>            Defendants. | No. 1: 13-cv-00370-AWI-BAM<br><br>**ORDER FOR SUBSTITUTION OF ATTORNEY** |

Pursuant to Plaintiff's request for substitution of attorney (Doc. 24), the Court hereby orders that the request of Plaintiff Amy Duran to substitute Dennis A. Grossman, Kevin G. Little, and Alex Chechelnik as attorneys of record in place and stead of herself, *in propria persona,* is GRANTED.

IT IS SO ORDERED.

   Dated:   **February 11, 2014**            /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE

1