**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY DURAN, | Case No.: 1:13-cv-0370-BAM |
| Plaintiff, | ORDER DISCHARGING SHOW CAUSE |
| v. | (Doc. 54) |
| CITY OF PORTERVILLE, *et al.*, | |
| Defendants. | |

On August 12, 2015, the Court held a mandatory pretrial conference to set pretrial deadlines and prepare for trial in this matter. Without prior approval from the Court, Plaintiff's counsel failed to appear. On that same day, this Court issued an order requiring Plaintiff's counsel to show cause why he failed to participate in the pretrial conference and why sanctions should not issue for Plaintiff's failure to comply with the Court's scheduling order. (Doc. 54).

Shortly after the OSC was filed, Counsel Kevin Little filed a declaration apologizing to the Court for his failure to appear at the pretrial conference. (Doc. 55). Counsel Little explained that because an out of town commitment prevented him from appearing at the pretrial conference, he left a voicemail with his law firm asking that another attorney appear at the pretrial conference on his behalf. Mr. Little's law firm did not receive the voicemail in time and therefore no appearance was made. Mr. Little explains that this is the first court appearance he has missed in eight years and the first time in his entire legal career that he has missed a pretrial conference. Counsel reassures the Court

that his absence is an isolated incident and that he takes full responsibility for his failure to secure a replacement.

    Having considered Plaintiff's response, the Court's Order to Show cause issued on August 12, 2015, is HEREBY DISCHARGED and no further sanctions will be imposed.

IT IS SO ORDERED.

Dated: **August 17, 2015**         /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE