Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY DURAN,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY OF PORTERVILLE, PORTERVILLE POLICE DEPARTMENT, PORTERVILLE POLICE OFFICER M. GRAY, SERIAL NO. 191, PORTERVILLE POLICE OFFICER BRUCE SOKOLOFF, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. NO. 1:13-CV-00370 BAM<br><br>**STIPULATION TO EXCLUDE EVIDENCE AT TRIAL; ORDER**<br><br>**TRIAL: September 29, 2015** |

IT IS HEREBY STIPULATED by and between all parties and their attorneys of record that the following evidence shall be excluded at trial:

1. There shall be no evidence (testimonial or documentary) referencing the disposition of criminal charges arising from Plaintiff's underlying arrest on January

1

14, 2012.  However, nothing in this stipulation shall preclude Plaintiff or her witnesses from introducing evidence with respect to any claim of emotional distress allegedly suffered by way of her arrest (without disclosing the disposition of her criminal case).

2.  There shall be no evidence (testimonial or documentary) alleging or inferring any emotional distress, damages or other adverse impact allegedly suffered by any non-party, including but not limited to Plaintiff's minor son as a result of the incident giving rise to Plaintiff's claims.

All parties and counsel agree to abide by this stipulation and to instruct their respective witnesses to refrain from introducing, discussing or otherwise referencing such reference.

Dated: September 2, 2015                FERGUSON, PRAET & SHERMAN
                                        A Professional Corporation

                                        By:   /s/   Bruce D. Praet
                                        Bruce D. Praet, Attorneys for
                                        Defendants

Dated: September 2, 2015                LAW OFFICES OF KEVIN LITTLE

                                        By:   /s/   Kevin J. Little
                                        Kevin J. Little, Attorneys for
                                        Plaintiff

ORDER

IT IS SO ORDERED.

Dated:   **September 4, 2015**                    /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

3