# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY DURAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PORTERVILLE, *et al.*,<br><br>　　　　Defendants. | Case No. 1:13-cv-370-BAM<br><br>**ORDER DENYING REQUEST FOR VIDEO RECORDING ANY PORTION OF THE TRIAL IN THIS MATTER** |

　　　　On September 22, 2015, this Court received a motion from petitioner William J. Wagener, which was not filed with the Court's Clerk's office. The document is entitled "Motion to Video Record the Trial of [blank]." The motion appears to be form request for recording this matter. The motion leaves blank the name of this case in the title of the document and does not specifically request videotaping of this particular case in the body of the motion, although the motion includes the above caption. The "form" nature of the motion also includes out of District/Circuit authority and irrelevant authority and does not address this Court's Local Rules. Petitioner also requests a hearing to determine whether the case should be videotaped.

　　　　In this instance, and this instance only, the Court will direct the Clerk to file the motion so that docket accurately reflects the request presented. All further documents must be sent for filing to the Clerk's office. The Court will not accept facsimile copies.

///

1

The request to videotape or otherwise record any portion of the trial in the above matter is DENIED.  Local Rule 173 precludes any form of recording judicial proceedings:

> All forms, means, and manner of taking photographs, tape recordings, broadcasting, or televising are prohibited in all courtrooms and the corridors adjacent thereto in the United States Courthouse Buildings during the course of, or in connection with, any judicial proceedings, whether the Court is actually in session or not.

This Court's Local Rule 173 precludes the relief requested.  In light of this explicit authority, no hearing is required.

**ORDER**

For the foregoing reasons, the Court ORDERS as follows:

1. The request to videotape or otherwise record any portion of the trial in the above matter is DENIED.
2. The request for a hearing is DENIED.

IT IS SO ORDERED.

Dated:   **September 22, 2015**          /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

2