U*NITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

AMY DURAN,

      Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.                                     1: 13-CV-00370-BAM

MICHAEL GRAY and

BRUCE SOKOLOFF,

      Defendants.

_____/

    X    JURY VERDICT:    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that Judgment is in favor of defendants Michael Gray and Bruce Sokoloff and against Plaintiff Amy Duran.

DATED:  October 5, 2915                    MARIANNE MATHERLY, Clerk

                                                          By:  /s/ H.A.. Herman

                                                                  Deputy Clerk